IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| ANTHONY TURNER DAY, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:18-CV-917-WHA |
| | ) | |
| ROBERT HENLINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On January 10, 2019, the Magistrate Judge entered a Recommendation (Doc. #12) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice as Plaintiff has failed to comply with the orders of this court regarding provision of a current address.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 30th day of January, 2019.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE